*H. Wayman* for petitioners. *Messrs. Kenneth Teasdale* and *Paul G. Koontz* for respondents. ▮

No. 584. COMMERCIAL MOLASSES CORPORATION *v.* NEW YORK TANK BARGE CORP., CHARTERED OWNER. December 16, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. T. Catesby Jones* and *Leonard J. Matteson* for petitioner. *Mr. Robert S. Erskine* for respondent. ▮

No. 550. MOORE *v.* ILLINOIS CENTRAL RAILROAD Co. December 16, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Geo. Butler* and *Garner W. Green* for petitioner. *Messrs. James L. Byrd, Clinton H. McKay, E. C. Craig,* and *V. W. Foster* for respondent. ▮

No. 558. NYE ET AL. *v.* UNITED STATES ET AL. December 23, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. J. Bayard Clark* for petitioners. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. Raoul Berger, George F. Kneip,* and *W. Marvin Smith* for the United States. ▮

No. 587. TOUCEY *v.* NEW YORK LIFE INSURANCE Co. January 6, 1941. Motion for leave to proceed *in forma pauperis,* and petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, granted. *Samuel R. Toucey, pro se. Messrs. Samuel W. Sawyer* and *Louis H. Cooke* for respondent. ▮